# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LYDIA BETH SCANLAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 01C 5727 |
| | ) | |
| v. | ) | JUDGE BUCKLO |
| | ) | |
| OFFICER BASILE and OFFICER | ) | MAGISTRATE JUDGE ROSEMOND |
| APPLEQUIST #138, individually, | ) | |
| | ) | |
| Defendants. | ) | |

*DOCKETED*
*JUL 2 6 2001*

## COMPLAINT

NOW COMES the Plaintiff, LYDIA BETH SCANLAN, by and through her attorneys,

GREGORY E. KULIS AND ASSOCIATES, complaining against the Defendants, as follows:

### COUNT I- FALSE ARREST

1.    This action is brought pursuant to 42 U.S.C. §1983 and §1988 of the United

States Constitution, and the laws of the State of Illinois;

2.    Jurisdiction is invoked under 28 U.S.C. §1343 and pendant jurisdiction

under Illinois state law;

3.    The Plaintiff, LYDIA BETH SCANLAN, was at all relevant times a resident of

the State of Illinois, County of Cook;

4.    The Defendants, OFFICER BASILE and OFFICER APPLEQUIST, were at all

relevant times acting as police officers pursuant to the customs and policies of the Village of

Chicago Heights;

5.    At all relevant times, the Defendants were acting under color of law;

6.    On or about August 12, 2000, the Plaintiff was at 22nd and Butler in Chicago

Heights, Illinois;

7. The Defendant officers came on the scene and were at the scene looking for a suspect relating to an earlier incident that night;

8. The Plaintiff was outside with her mother-in-law, Martha Rojas;

9. The Defendants proceeded to enter Ms. Rojas' house;

10. The Defendants then pushed the Plaintiff down the stairs;

11. The Defendants thereafter grabbed and arrested the Plaintiff;

12. The Defendants charged the Plaintiff with obstructing justice;

13. The Plaintiff, LYDIA BETH SCANLAN, was not committing a crime or breaking any laws;

14. The Defendants did not have a warrant or probable cause to arrest the Plaintiff;

15. The actions of the Defendants were intentional, willful and wanton;

16. Said actions of the Defendants violated Plaintiff LYDIA BETH SCANLAN Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C.§1983;

17. As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff, LYDIA BETH SCANLAN, suffered violations of her constitutional rights, emotional anxiety, fear, emotional distress, humiliation, embarrassment, monetary loss, pain and suffering.

WHEREFORE, the Plaintiff, LYDIA BETH SCANLAN, prays for judgment against the Defendants, OFFICER BASILE and OFFICER APPLEQUIST in the amount of TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS compensatory damages, and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages plus reasonable attorneys' fees and costs.

2

## COUNT II-MALICIOUS PROSECUTION

1-10. The Plaintiff hereby realleges and incorporates her allegations of paragraphs 2-12 of Count I as her respective allegations of paragraphs 1-10 of Count II as though fully set forth herein;

11. The Defendants proceeded with criminal charges knowing they were false;

12. The criminal charges were ultimately rendered by a finding in favor of the Plaintiff;

13. The actions of the Defendants were intentional willful and wanton;

14. As a result of the actions of the Defendants, the Plaintiff incurred pain, suffering, aggravation, emotional distress, fear and monetary loss.

WHEREFORE, the Plaintiff, LYDIA BETH SCANLAN, prays that this Honorable Court grant judgment in her favor and against Defendants OFFICER BASILE and OFFICER APPLEQUIST, in the amount of TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS compensatory damages, and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages plus costs.

## JURY DEMAND

The Plaintiff requests trial by jury.

Respectfully submitted,
LYDIA BETH SCANLAN


GREGORY E. KULIS AND ASSOCIATES
Attorneys for the Plaintiff


GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830

4

JS 44
(Rev. 12/96)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**DOCKETED JUL 2 6 2001**

### I. (a) PLAINTIFFS

LYDIA BETH SCANLAN

COOK *(Cook)*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

OFFICER BASILE and OFFICER
APPLEQUIST #138, individually

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ COOK
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602

ATTORNEYS (IF KNOWN)

**01C 5727**

**JUDGE BUCKLO    MAGISTRATE JUDGE ROSEMOND**

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

VIOLATION OF 42 U.S.C. Section 1983

### VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No

### VIII.

This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 7/13/01

SIGNATURE OF ATTORNEY OF RECORD *Gregory E. Kulis*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**JUDGE BUCKLO**

In the Matter of

LYDIA BETH SCANLAN,

Plaintiff,

v.

OFFICER BASILE and OFFICER
APPLEQUIST #138, individually,
Defendants.

Case Number **01C 5727**

MAGISTRATE JUDGE ROSEMOND

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

LYDIA BETH SCANLAN

DOCKETED

JUL 2 6 2001

---

**(A)**

SIGNATURE

NAME
Gregory E. Kulis

FIRM
Gregory E. Kulis and Associates

STREET ADDRESS
30 N. LaSalle Street, Suite 2140

CITY/STATE/ZIP
Chicago, Illinois 60602

TELEPHONE NUMBER
312/580-1830

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
state of Illinois 6180966

MEMBER OF TRIAL BAR? YES ☒ NO ☐

TRIAL ATTORNEY? YES ☒ NO ☐

**(B)**

SIGNATURE

NAME
Kathleen Coyne Ropka

FIRM
Gregory E. Kulis and Associates

STREET ADDRESS
30 N. LaSalle Street, Suite 2140

CITY/STATE/ZIP
Chicago, Illinois 60602

TELEPHONE NUMBER
312/580-1830

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES ☐ NO ☐

TRIAL ATTORNEY? YES ☐ NO ☐

DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

**(C)**

SIGNATURE

NAME
Shehnaz I. Mansuri

FIRM
Gregory E. Kulis and Associates

STREET ADDRESS
30 N. LaSalle Street, Suite 2140

CITY/STATE/ZIP
Chicago, Illinois 60602

TELEPHONE NUMBER
312/580-1830

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES ☐ NO ☐

TRIAL ATTORNEY? YES ☐ NO ☐

DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

**(D)**

SIGNATURE

NAME

FIRM

STREET ADDRESS

CITY/STATE/ZIP

TELEPHONE NUMBER

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR? YES ☐ NO ☐

TRIAL ATTORNEY? YES ☐ NO ☐

DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

U.S. DISTRICT COURT
01 JUL 25 FILED

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.